# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

MELISSA FENDLEY,

    Plaintiff,

vs.

CASE NO: 2:19-CV-02015-GMB

CITY OF FULTONDALE,
a municipal corporation,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL

The Plaintiff, Melissa Fendley, and Defendant, City of Fultondale by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

Respectfully submitted this the 7th day of January, 2021.

_____
Edward I. Zwilling, Esq.
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama, 35242
Telephone: (205) 822-2701
Email: edwardzwilling@zwillinglaw.com
**ATTORNEY FOR PLAINTIFF**

_____
R. Warren Kinney, Esq.
Porter, Porter & Hassinger, P.C.
880 Montclair Rd., Ste. 175
Birmingham, AL 35213
Telephone: (205) 332-1744
Email: wkinney@pphlaw.net
**ATTORNEY FOR DEFENDANT**